# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MIGUEL PACHECO,<br><br>　　　　Plaintiff,<br><br>v.<br><br>UNIVERSAL JOINT HOLDINGS, LLC,<br><br>　　　　Defendant. | Civil Action No.<br>1:21-cv-02634-TWT |

## ORDER GRANTING JOINT MOTION FOR SETTLEMENT OF FLSA CLAIM AND APPROVING SETTLEMENT

Now pending before the Court is the Parties' Joint Motion for Settlement of FLSA Claim. (D.E. 3.) The Court, having reviewed the motion, finds that the Parties' proposed settlement is the product of serious, informed, arms-length negotiations in which all Parties were represented by competent, experienced counsel and is a fair and reasonable resolution considering the contested issues in the case. For these reasons, the Court **GRANTS** the Parties' Joint Motion for Settlement of the FLSA Claim and **APPROVES** the Parties' settlement. This matter is hereby **DISMISSED WITH PREJUDICE** and the Clerk is **DIRECTED** to close the case.

SO ORDERED this 5th day of August, 2021.

_____
Hon. Thomas W. Thrash, Jr.
United States District Court Judge